# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>    vs.<br>JOEL AMABISCA-ARILLANO (5),<br><br>            Defendant. | CASE NO. 12CR3885-LAB<br><br>**ORDER DENYING MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C. § 3582(c)(2)** |

    This Court sentenced Joel Amabisca-Arillano to 60 months in prison in 2012 after he pled guilty to importing a humongous amount of marijuana (over 2,000 pounds!) into the United States. The sentence was a statutory required minimum sentence ("mandatory minimum") under 21 U.S.C. §§ 952, 960, and 963.

    He's now filed a motion under 18 U.S.C. § 3582(c)(2) asking the Court to reduce his sentence because the advisory sentencing range for his crime under the United States Sentencing Guidelines was lowered after he was sentenced.  But he's not eligible because his sentence was not based on a sentencing range that has been subsequently lowered by the Sentencing Commission. *United States v. Paulk*, 569 F.3d 1094, 1095-96 (9th Cir. 2009). Mandatory minimum sentences were not lowered and are not affected by the change in the

/ / /

/ / /

drug equivalency tables of the Guidelines. *United States v. Mullanix*, 99 F.3d 323, 324 (9th Cir. 1996).

The motion is **DENIED**.

**IT IS SO ORDERED**.

DATED: November 1, 2016

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge